```
Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379; Jeffrey M. Raymond; Kevin L. de Lyon
Attorneys for the Debtor(s)
-----------------------------------------------------------------
IN RE:                            | UNITED STATES BANKRUPTCY COURT
                                  | DISTRICT OF NEW JERSEY
                                  | CHAPTER 13
                                  | CASE NO.: 18-23848 (RG)
                                  |
   CANDICE JEAN-BAPTISTE,         |
                                  |
                                  |
   DEBTOR(S).                     |
                                  |
-----------------------------------------------------------------
```

**CERTIFICATION OF DEBTOR'S COUNSEL**
**SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

　　HERBERT B. RAYMOND, Esquire, hereby certifies as follows:

1. I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

　　_____ Prosecution of motion on behalf of Debtor.　$500.00

　　　　　Nature of Motion:

　　　　　Hearing Date(s):

　_XXX_ Defense of motion on behalf of debtor　　　$400.00
　　　　　(Including filing Objection to Creditor's
　　　　　or Trustee's Certification of Default).

　　　　　Nature of Motion: 1. Trustee's Default Certification

　　　　　　　　　　　　　　2. Lakeview's Default Certification

　　　　　Hearing Date(s): 1. March 2, 2022

　　　　　　　　　　　　　　2. March 2, 2022

　　_____ Additional court appearance(s).　　　　　$100.00
　　　　　(Not to exceed three).

Purpose:

Hearing Date(s):

_XXX_ Filing and appearance on a modified Chapter 13 Plan.  $300.00

    Filed January 8, 2021

_____ Preparation of Wage Order  $100.00

_____ Preparation and filing of Amendments to Schedules D, E, F or List of Creditors.  $100.00

_XXX_ Preparation and filing of other amended schedules.  $100.00

    1. Filed amended Schedule I
    2. Filed amended Schedule J

_____ Preparation and filing of Application for Retention of Professional.  $200.00

_____ Preparation and filing of Notice of Sale or Settlement of Controversy.  $100.00

_XXX_ Preparation and filing of and Participation In Loss Mitigation Program.  $1,500.00

**NON-STANDARD FEES**

    Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:

    Describe non-standard expenses in detail:  1. $60.00
    2. $50.00

    1. DMM Web Portal Fee
    2. Court Solutions Appearance Fee for April 21, 2021 Hearing

2. To date, in this case:

    I have applied for fees (including original retainer) in the amount of: $6,300.00

        To date, I have received: $6,300.00

3. I seek compensation for services rendered in the amount of _$2,910.00__ payable:

   _XXX_ through the Chapter 13 plan as an administrative priority.

   _____ outside the plan.

4. _XXX_ This allowance will not impact on plan payments.

   _____ This fee will impact on plan payments.

      Present plan:

      Proposed plan:

I certify that I have not filed any fee application within the last 120 days.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2022    /S/ HERBERT B. RAYMOND, ESQ.
                                          _____
                                          Signature of Applicant