1
2
3
4
5
6
7
8

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin L. de Lyon
Attorneys for the Debtor(s)

| | |
|---|---|
| 9  In Re: | Case No.: 18-23848 (RG) |
| 10 | Adv. No.: |
| 11  CANDICE JEAN-BAPTISTE, DEBTOR(S) | Hearing Date: |
| 12 | Judge: ROSEMARY GAMBARDELLA |

13

## ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

14

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 2

Debtor: Candice Jean-Baptiste,  Debtor(s)

Case no.:  18-23848 (RG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$2,800.00** for services rendered and expenses in the amount **$110.00**   for a total of **$2,910.00.**  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.