Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379; Jeffrey M. Raymond; Kevin L. de Lyon
Attorneys for the Debtor(s)

---

| IN RE: | UNITED STATES BANKRUPTCY COURT |
| --- | --- |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.:  18-23848 (RG) |
| CANDICE JEAN-BAPTISTE, | |
| DEBTOR(S). | |

---

## CERTIFICATION OF SERVICE

I, Kenneth M. Raymond, worker for Raymond and Raymond, attorneys for the Debtor, do hereby certify that on the 12th day of February 2022, I mailed a copy of a Supplemental Fee Application and Proposed Order Allowing Fees with attachments, if applicable, to all parties on the attached service list by regular mail, if not served electronically.

I hereby certify that the foregoing statements made by me are true and I am further aware that if any of the statements that I made are wilfully false, I am subject to punishment.

Dated: February 12, 2022

/S/ KENNETH M. RAYMOND
-----------------------------------
KENNETH M. RAYMOND

**SERVICE LIST**

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee
30 Two Bridges Rd.
Fairfield, New Jersey 07004
(Electronic)

Estate of Candice Jean-Baptiste
179 North Grove Street
East Orange, NJ 07018
Debtor(s)